THE STATE *v*. NEWMAN.

From the Ripley Circuit Court.

*J. O. Cravens*, Prosecuting Attorney, for the State.

NIBLACK, J.—No error is assigned in this cause. Consequently the record presents no question for the consideration of this court. The appeal is therefore dismissed.